**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-059-RLV-DCK**

| | | |
|---|---|---|
| **AMANDA NICHOLE CLARK MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES,** | ) | |
| **LLC, TRANS UNION, LLC, and** | ) | |
| **NATIONSTAR MORTGAGE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Joseph W. Williford, concerning Paul L. Myers on July 8, 2016.  Mr. Paul L. Myers seeks to appear as counsel *pro hac vice* for Defendant Trans Union, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.**  Mr. Paul L. Myers is hereby admitted *pro hac vice* to represent Defendant Trans Union, LLC.

      **SO ORDERED**.

Signed: July 11, 2016

David C. Keesler
United States Magistrate Judge