IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-059-RLV-DCK

| | |
|---|---|
| AMANDA NICHOLE CLARK MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, TRANS UNION, LLC, and ) | |
| NATIONSTAR MORTGAGE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by Chelsea Corey, concerning Tameika L. Montgomery on July 25, 2016. Ms. Tameika L. Montgomery seeks to appear as counsel *pro hac vice* for Defendant Equifax Information Services LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) is **GRANTED.** Ms. Tameika L. Montgomery is hereby admitted *pro hac vice* to represent Defendant Equifax Information Services LLC.

**SO ORDERED**.

Signed: July 25, 2016

David C. Keesler
United States Magistrate Judge