### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:16-CV-059-RLV-DCK

| | | |
|---|---|---|
| AMANDA NICHOLE CLARK MILLER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, TRANS UNION, LLC and | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Gary S. Hemric, filed a "Certification Of Mediation Session" (Document No. 39) notifying the Court that the parties reached a settlement on February 22, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 28, 2017**.

**SO ORDERED**.

.

Signed: February 28, 2017

David C. Keesler
United States Magistrate Judge